JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 882 -- In re Capsizing of Fishing Vessel near Bellingham, Washington, on September 8, 1989

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/03/26 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SVC. -- filed by pltf. Erick J. Bendure for transfer of action -- SUGGESTED TRANSFEREE DISTRICT: W.D. Washington -- SUGGESTED TRANSFEREE JUDGE: ? (ds) |
| 91/04/08 | | APPEARANCES -- RUSSELL W. PRITCHETT, ESQ. for Denny Munsen and M/V Four Seasons; ROBERT J. CUNNINGHAM, ESQ. for United States of America and DENNIS P. MURPHY, ESQ. for Erick Bendure (rh) |
| 91/04/12 | 2 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- Filed by United States of America -- GRANTED TO AND INCLUDING APRIL 30, 1991 -- Notified invovled counsel (rh) |
| 91/04/16 | | HEARING ORDER -- setting motion of pltf. Erick J. Bendure to transfer for Panel hearing in New York, N.Y., on May 31, 1991 (ds) |
| 91/05/09 | 3 | LETTER -- (Additional Information) Signed by Dennis P. Murphy counsel for Erick J. Bendure (dated May 1, 1991) -- w/cert. of svc. (rh) |
| 91/05/09 | | ORDER VACATING THE MAY 31, 1991 HEARING -- Notified involved counsel, judges and clerks (rh) |
| 91/06/14 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on July 26, 1991 in Portland Maine (sg) |
| 91/06/24 | 4 | MOTION TO WITHDRAW MOTION TO TRANSFER (pldg. #1) -- filed by pltf. Erick J. Bendure w/svc. (ds) |
| 91/07/02 | | ORDER DEEMING MOTION WITHDRAWN AND VACATING THE JULY 26, 1991 HEARING -- Notified involved clerks, judges and counsel (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 882 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE CAPSIZING OF FISHING VESSEL NEAR BELLINGHAM, WASHINGTON, ON SEPTEMBER 8, 1989

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | July 2, 1991 | MO | Motion Withdrawn | | | |

Special Transferee Information

DATE CLOSED: July 2, 1991

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 882 -- In re Capsizing of Fishing Vessel near Bellingham, Washington, on September 8, 1989

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Erick J. Bendure v. United States of America | Cal.,S. TurrenTIne | C90-1027-HBT | | | | |
| A-2 | Erick J. Bendure v. Denny Munsen and M/V Four Seasons, her tackle, equipmenT, etc. | Wash.,W. Zilly | C90-0146Z | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 882 -- In re Capsizing of Fishing Vessel near Bellingham, Washington, on September 8, 1989

==================================================================

ERICK J. BENDURE (A-1 & A-2)
Dennis P. Murphy, Esq.
Anderson & Connell
1501 Eldridge Ave.
P.O. Box 1063
Bellingham, WA  98227-1063

UNITED STATES OF AMERICA
Robert J. Cunningham, Esq.
Torts Branch, Civil Division
U.S. Department of Justice
15036 Federal Bldg., P.O. 36028
450 Golden Gate Ave.
San Francisco, CA  94102-3463

M/V FOUR SEASONS
DENNY MUNSEN
Russell W. Pritchett, Esq.
870 Democrat St.
Bellingham, WA  98226

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 882 -- In re Capsizing of Fishing Vessel near Bellingham, Washington, on September 8, 1989

| Name of Party | Named as Party in Following Actions |
|---|---|
| United States of America | A-1 |
| Denny Munsen & M/V Four Seasons (her tackle, equipment, appurtENances, etc.) | A-2 |