JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUL -2 91

PATRICIA D. HOWARD
CLERK OF THE PANEL

**DOCKET NO. 882**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE CAPSIZING OF FISHING VESSEL NEAR BELLINGHAM, WASHINGTON, ON SEPTEMBER 8, 1989**

*Erick J. Bendure v. United States of America*, S.D. California, C.A. No. C90-1027-HBT
*Erick J. Bendure v. Denny Munsen and M/V Four Seasons, etc.*, W.D. Washington, C.A. No. C90-0146Z

*ORDER DEEMING MOTION WITHDRAWN*
*AND*
*VACATING THE JULY 26, 1991 HEARING*

    This matter is before the Panel on motion of plaintiff Erick J. Bendure to transfer, pursuant to 28 U.S.C. §1407, the action pending in the Southern District of California to the Western District of Washington for coordinated or consolidated pretrial proceedings with the action pending there. On June 24, 1991, movant notified the Panel that the California action had been settled and requested that his Section 1407 motion be withdrawn.

    IT IS THEREFORE ORDERED that movant's request to withdraw his Section 1407 motion be granted, and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

    IT IS FURTHER ORDERED that the Hearing Order and attached Schedule filed on June 14, 1991, be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

*[signature]*

John F. Nangle
Chairman